NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 918

IN RE BAYER HEALTHCARE LLC and CSL BEHRING L.L.C.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 08-CV-0068, Judge T. John Ward.

ON PETITION FOR WRIT OF MANDAMUS

O R D E R

Upon consideration of the parties' joint motion to hold this petition for writ of mandamus in abeyance pending a potential settlement agreement,

IT IS ORDERED THAT:

(1)     The motion is granted. The petition is held in abeyance.

(2)     The parties are directed to file a status report with the court within 45 days from the date of filing of this order how they believe this case should proceed.

FOR THE COURT

DEC 11 2009

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:     Peter B. Bensinger, Jr., Esq.
        Robert R. Baron, Jr., Esq.
        John C. Kappos, Esq.
        Clerk, United States District Court for the Eastern District of Texas
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 1 2009

JAN HORBALY
CLERK